UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARMONY PATRICIA BEGGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | CASE NO. 3:19-CV-5845-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: March 13, 2020 |

　　　　The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge David W. Christel. Plaintiff, *pro se*, filed this action pursuant to 42 U.S.C. § 405(g) on September 11, 2019. Dkt. 1.

　　　　On November 15, 2019, Defendant filed an Answer to the Complaint. Dkt. 10. The Court issued a Scheduling Order and Plaintiff's opening brief was due on or before January 31, 2020. *See* Dkt. 13. Plaitniff did not file an opening brief. On February 5, 2020, the Court ordered Plaitniff to file an opening brief on or before February 19, 2020. Dkt. 14. The Court warned that failure to file an opening brief would result in dismissal of this action. *Id*. Plaintiff has not filed an opening brief or filed a response to the Court's Order.

REPORT AND RECOMMENDATION - 1

Plaintiff has failed to comply with the Court's orders. She did not file an opening brief as directed by the Court on January 31, 2020 and February 5, 2020. *See* Dkt. 13, 14. Plaintiff has also not filed any documents with the Court after initiating this case.[1] As Plaintiff has failed to respond to the Court's Order and prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on March 13, 2020, as noted in the caption.

Dated this 25th day of February, 2020.

David W. Christel
United States Magistrate Judge

---

[1] The Court notes Plaintiff provided an updated address on December 11, 2019 by telephone after the Clerk's Office called her because mailings were being returned as "undeliverable."

REPORT AND RECOMMENDATION - 2